Mildred K. O'Linn (State Bar No. 159055)
 *missy.olinn@manningkass.com*
Craig Smith (State Bar No. 265676)
 *craig.smith@manningkass.com*
Joseph Gordon (State Bar No. 314564)
 *joseph.gordon@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF WEST COVINA, MARTINEZ J514; and, OFFICER BOWMAN #418;

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JULIAN PULIDO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LOS ANGELES; NGOZI CHUKWUEMEK, NP; TRINI BUI, NP; MONIKA VILLAZON, NP; TAYLOR DOCTER, PGY3; MINA MASRI, D.O.; KEITH CARRILLO, NP; BEVERLY WELCH; TCHUISSE HERMIONE, NP; MANUEL O. NATIVIDAD, M.D.; VERONICA HERNANDEZ-LARA, NP; REA WHITMAN, PA; CHASE LUTHER, M.D.; ROBERT PAQUETTE, M.D.; ZIBA DAYANI, PA; EKATERINA KOROL, NP; DINA VILLAPUDUA, PA; OLIVIA GOMEZ, M.D.; BRITTANY SLAUGHTER, PA; ALEXIS M. PETERS, M.D.; AUNG LIN, D.O.; CHRISTINA R. GHALY, M.D.; TIMOTHY BELAVICH, PH.D.; SEAN HENDERSON, M.D.; CITY OF WEST COVINA; MARTINEZ J514; and, OFFICER BOWMAN #418;<br><br>　　　　Defendants. | Case No. 2:23-cv-06266-SVW (JPRx)<br>District Judge: Stephen V. Wilson<br>Magistrate Judge: Jean P. Rosenbluth<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT NUMBER 61**<br><br>Filed Date:　　　　08/02/23 |

Defendants CITY OF WEST COVINA, MARTINEZ J514; and, OFFICER BOWMAN #418; respectfully moves to withdraw Document Number 61, Stipulated Protective Order, due a clerical error in the premature filing of the proposed stipulation.

DATED: December 12, 2023

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: _/s/ Joseph A. Gordon_
Joseph Gordon
Attorneys for Defendants, CITY OF WEST COVINA, MARTINEZ J514; and, OFFICER BOWMAN #418