Jon F. Monroy, SBN 51175
Jennifer E. Gysler, SBN 143449
MONROY, AVERBUCK & GYSLER
200 N. Westlake Blvd., Ste 204
Westlake Village, CA 91362
(818) 889-0661 Fax (818) 889-0667

Attorneys for Defendant, REA WHITMAN, PA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN PULIDO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES et al.<br><br>　　　　Defendants | Case No.: 2:23-CV-06266-SVW-JPR<br><br>STIPULATED DISMISSAL AS TO DEFENDANT REA WHITMAN [FRCP 41(a)(1)(A)(ii)<br><br>Assigned to the Honorable Stephen V. Wilson |

Plaintiff JULIAN PULIDO and Defendant REA WHITMAN, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Ms. WHITMAN be dismissed without prejudice, each side to bear that party's own attorneys fees and costs based upon the Court's Order Granting Defendants' Motion To Dismiss, Dkt. No. 91. Nothing in this stipulation prejudices Plaintiff from rejoining Rea Whitman to this lawsuit pending the results of any appeal, if any.

1
2
3
4
5  DATED:  April 10, 2024                CONLOGUE LAW LLP
6                                         /s/Kevin S. Conlogue_____
7                                        Kevin S. Conlogue
                                         Attorneys for Plaintiff
8                                        JULIAN PULIDO
9
10 DATED:  April 9, 2024                 MONROY, AVERBUCK & GYSLER
11
12                                        /s/Jennifer E. Gysler_____
                                         Jon F. Monroy
13                                       Jennifer E. Gysler
                                         Attorneys for Defendant
14                                       REA WHITMAN, PA
15
16
17
18
19
20
21
22
23
24
25

**CCP 1013(A)**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 200 N. Westlake Blvd., Ste 204, Westlake Village, CA 91362.

On April 10, 2024, I caused to be served the foregoing document described as on the interested parties in this action as follows: STIPULATED DISMISSAL OF WHITMAN; PROPOSED ORDER

[ ] **By telecopier:** By transmitting an accurate copy via telecopy to the person and telephone number as follows:

[ x ] by placing [  ] the original  [  ] a true copy thereof enclosed in sealed envelopes addressed as follows:

Plaintiff's counsel:
Kevin Conlogue
Askley Conlogue
Conlogue Law LLP  (by EFT)

Rogers Beltran LLP (by EFT)

Defense counsel:
Avi Burkwitz
Gil Burkwitz
Avery Caty
Xinru Lu
Peterson Bradford Burwitz et al. (by EFT)
(County Defendants)

Manning & Kass et al. (by EFT)
(West Covina Defendant)

[  ] **BY MAIL:**
[  ]   I deposited such envelope in the mail at Westlake Village, California. The envelope was mailed with postage thereon fully prepaid.
[ X ] As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under the practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Westlake Village, California in the ordinary course of business.  I am aware that on motion of the party served, service is

presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ X ]   **BY EMAIL**

[  ]   **BY PERSONAL SERVICE:**  I caused such envelope to be delivered by hand, to addressee or offices of addressee.

[X]   **(STATE)**    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]   **(FEDERAL)**    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

**Executed on April 10, 2024, at Westlake Village, California.**

Jennifer Gysler                    *Jennifer Gysler*_____.